(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _George Fitzgerald Couric_
(Name of Plaintiff)    (Inmate Number)

_Sussex Correctional Institution_
_PO Box 500_   (Complete Address with zip code) _Georgetown DE 19947_

(2) _George Ramsey_
(Name of Plaintiff)    (Inmate Number)

_Same_
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _South VOP Building Center Georgetown DE 19947_
(2) _Michael Costello Lieutenant 19947_
(3) _South VOP in Sussex County Georgetown DE 19947_
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_: 05 - 503_
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

☑ Jury Trial Requested

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By Mail    No IFP

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☒ No *error*

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No   *yes*

C. If your answer to "B" is Yes:

   1. What steps did you take? _grievance_ _tran it down_

   2. What was the result? _tran it down_

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Vop Center_

   Employed as _____ at _____

   Mailing address with zip code: _Route 6 Box 700_ _Georgetown Del 19949_

(2) Name of second defendant: _MICHAEL COSTELLO Lieutenant_

   Employed as _Vop Center_ at _South Vop_

   Mailing address with zip code: _Route 6. Box 700_ _Georgetown De 19947_

(3) Name of third defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was seriouly injury blood clot Right leg And I shoud Been "in" the Hospital now getting surgery done But the state volit my Because I did not Report But I did go to probation when I get out Jan 9 2005.

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to Cost The south vop Building down For good on the Cant of my Africans American Brother And my Africans American Sister. so the white can not be in sif control. off us.

No Further Question

3

Sueing For Pain And Suffing And headAck. 25000,000.00. Lost wages. in living Cost.

South vop Building in Sussex County. Georgetown, Del 19974

I/M: Alonzo Burton   BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SAME COPY

U.S. POSTAGE $00.370 JUL 15 05
FROM ZIP CODE 19947

Judge Gregory Sleet
Clerk of The State District Court
844 N King street lockbox 18
Wilm De 19801

19801+3519 12