RECEIVED SEP - 9 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

OS SCAN

05cv503, 05cv282
  JJF      GMS

I sent the rest when I can get a stamp

To Office of the Clerk of the United States District Court
Date 09/04/05
From Guango Fitzgerald Correa        Civ No 05-503 JJF
SBI 00180807                         Joseph Farnan Jr.

RE: I Respect your posidition and your Hospidality numerous of question need to be Answer. I have written To Letter To your Court Asking the Court For A extention, of time to complete the Property Pocessing. in your court. ① I need A uptodate on Those case Number in your court,, 102CV-01629-JJF, Correa v Delaware correction 11/14/02 uptodate on that one). ② 103-CV-00897-JJF. Correa v. Carroll, et al 09/23/03 uptodate on that one what is this is about? 104-CV-00053-JJF Correa v Attorney General, et al 01/23/04) And need to find out what this is about also, 104-CV-01353 JJF Correa v Carroll, et al 10/13/04 105CV 06282 GMS Correa v Young et al 05/16/05 I know what this is here →↗↗↗↗↗↗↗↗↗")
105-mc-0034-UNA, IN RE Guango F. Correa 02/24/05
I need and uptodate on all of above. in find out why did this Had this way!) on this case Civ No 05-503-JJF. your court his dismiss Because I did not have the Right Form To Complet The Property Pocessing At that Time, But Now Correa does Have All The Right Property Pocessing To Complete the Legal Form in your Court. on this case of Civ No 05-503 JJF, To proceed in Forma pauperis And a Certified copy of his Prison trust fund Account Statement. or institutional equivalent For the six-month Period. I have All This Legal Information in Front of me. Now,



I WAS Tranferr From The Department of Correctional Center to Sussex Correctianl. institutional to stop me from doing Legal Work. even stop my Mail From Coming and. But now I'm back AT the Department of Correctianl Center, AT. 1181 Paddock Road Smyrna, Delaware 19977 Unto 3/24/06, max out date. I need to get This case resopen; now I have This Right Property That you Request id. I CAN not send every thing one Time.

I HAVE A question need To Find out. if you came From n Another State And want to Tranferr Record From

if you From Arizona State. And The superior court wanted To get Tranferr From That State To The superior court, upstate or down state or to The United States District Court. what is The Right Pocessing in Filling The Right Fro Form. In This Legal Information

I have A celles want to know is There A Form need to Bo Complete. To get one File From other state.

For thank your Attention

AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

I, Gianzo Correa, being first duly sworn, depose and say that I am the Anze___ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: ▬▬/65

My current address is: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:


2. Presently employed?    Yes ____    No ✓

3. If *Yes*, state:

   (a) Name and address of employer:

   N/A

   (b) How often paid:

   N/A

   (c) Take home pay per pay period:  N/A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

   (a) Name and address of last employer: N/A

   (b) Date of last employment: N/A

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

   Yes _____   No ✓

6. If *Yes*, state:

   (a) Amount of income or gift, or its value:

   (b) When received: N/A

   (c) From whom or what received: N/A

   (d) Whether regular or one time: N/A

7. List all property owned, whether held in your name alone or jointly with anyone else:

   (a) Real estate: N/A

   (b) Personal property (stocks, bonds, bank accounts, vehicles): N/A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:  N/A

8. If you have a spouse, state:  N/A

    (a) Amount of any income received:  N/A

    (b) Source  N/A

    (c) Frequency income is received:  N/A

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

    (a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

    (b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

    (c) If the answer to (a) above was yes, state the outcome of each action or appeal.

11. If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

    (a) Amount of any cash held (whether or not in a bank)

    (b) Bank accounts, listing bank, account number(s) and current balance(s).

    N/A

13. Itemize debts and regular monthly expenses:

    N/A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

14. List names and addresses of any dependents:

I, _____[signature]_____, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

DATED: 04/7/05

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this ___7/7/05___ day of __2005__, _____.

_____
Title

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

AO 398 (Delaware Rev. 7/00)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO: (A) _____

as   (B) _____ of (C) _____

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Delaware and has been assigned docket number _____ .

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _____ days after the date designated below as the date on which this Notice and is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this __7__ day of __Sept__ , 200_5_ .

                                                Signature of Plaintiff's Attorney
                                                or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

AO 399 (Delaware Rev. 7/00)

# WAIVER OF SERVICE OF SUMMONS

TO: _Guang E ~_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ___Guang un Gur___, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _____,
(CAPTION OF ACTION)

which is case number __Civ N. 05-503 JJF__ in the United States District Court
(DOCKET NUMBER)

for the District of Delware.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____,
or within 90 days after that date if the request was sent outside the United States.   (DATE REQUEST WAS SENT)

__9/6/05__                          __~~ F a~~__
(DATE)                              (SIGNATURE)

Printed/Typed Name: __Guang F Cena__

As _____ of _____
    (TITLE)            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

I/M Cuahy Cuora
SBI# 00116007    UNIT MHU-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage: $00.60, SEP 07 2005, MAILED FROM ZIP CODE 19977]

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, Del. 19901