IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO FITZGERALD CORREA,     :
                              :
       Plaintiff,            :
                              :
       v.                    : Civil Action No. 05-503-JJF
                              :
SOUTH VOP BUILDING CENTER,    :
MICHAEL COSTELLO, and         :
SOUTH VOP IN SUSSEX COUNTY,   :
                              :
       Defendants.           :

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee and without a request to proceed in forma pauperis;

WHEREAS, on August 1, 2005, the Court entered an order assessing the $250 filing fee and ordering Plaintiff to submit within thirty (30) days from the date the order was sent, a request to proceed in forma pauperis and a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 2);

WHEREAS, to date, the required document(s) have not been received from Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED this 13 day of October 2005, that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE.** Plaintiff is not required to pay the $250.00 filing fee.

                                                                                */s/ Joseph J. Farnan, Jr.*
                                                UNITED STATES DISTRICT JUDGE