# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |

Current Location: 23    Comments: QOLPC

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/20/2005 | $0.00 | $0.00 | ($2.81) | $0.00 | 134135 | | 9/6/04 | |

Ending Mth Balance: $0.00



05-503(JJF)



FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

## For Month of August 2005

Date Printed: 11/16/2005                                    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |

Current Location: 23      Comments: QOLPC

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($0.32) | $0.00 | 140503 | | DST/POSTAGE | |
| Commitments | 8/16/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 145276 | | | |
| Pay-To | 8/18/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 146789 | | DST/POSTAGE | |
| Misc | 8/25/2005 | $59.94 | $0.00 | $0.00 | $59.94 | 149428 | 43329 | SCI | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($6.23) | $59.94 | 149862 | | POSTAGE | |
| Canteen | 8/31/2005 | ($2.43) | $0.00 | $0.00 | $57.51 | 151685 | | | |

Ending Mth Balance:  $57.51

Date Printed: 11/16/2005

# Individual Statement
## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $57.51 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| Current Location: | 23 | | Comments: QOLPC | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/7/2005 | ($40.16) | $0.00 | $0.00 | $17.35 | 154300 | | | |
| Pay-To | 9/9/2005 | ($0.60) | $0.00 | $0.00 | $16.75 | 155713 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($2.81) | $0.00 | $0.00 | $13.94 | 155742 | | 9/6/04 | |
| Pay-To | 9/9/2005 | ($0.32) | $0.00 | $0.00 | $13.62 | 155760 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($6.23) | $0.00 | $0.00 | $7.39 | 155899 | | POSTAGE | |
| Canteen | 9/14/2005 | ($7.37) | $0.00 | $0.00 | $0.02 | 157533 | | | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 158496 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 158538 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.74) | $0.02 | 158555 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 161454 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($1.52) | $0.02 | 161460 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.83) | $0.02 | 161469 | | POSTAGE | |
| Canteen | 9/27/2005 | $20.20 | $0.00 | $0.00 | $20.22 | 162238 | | REFUND | |
| Canteen | 9/29/2005 | ($15.33) | $0.00 | $0.00 | $4.89 | 163392 | | | |
| Mail | 9/29/2005 | $10.00 | $0.00 | $0.00 | $14.89 | 163761 | 8889900355 | | D CORREA |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.83) | $14.89 | 164062 | | POSTAGE | |

Ending Mth Balance: $14.89

# Individual Statement

## For Month of May 2005

Date Printed: 11/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | |
| Current Location: | 23 | | Comments: | QOLPC | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($6.66) | $0.00 | 103598 | | DST/POSTAGE | |
| Mail | 5/9/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 104570 | 854574921024074 | | D CARREA |
| Mail | 5/12/2005 | $295.00 | $0.00 | $0.00 | $305.00 | 106086 | 8230431892 | | D CORREA |
| Canteen | 5/12/2005 | ($3.00) | $0.00 | $0.00 | $302.00 | 106497 | | | |
| Pay-To | 5/12/2005 | ($0.23) | $0.00 | $0.00 | $301.77 | 106692 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.32) | $0.00 | $0.00 | $301.45 | 107078 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($6.66) | $0.00 | $0.00 | $294.79 | 107180 | | DST/POSTAGE | |
| Canteen | 5/17/2005 | $3.00 | $0.00 | $0.00 | $297.79 | 108123 | | REFUND | |
| Canteen | 5/19/2005 | ($92.35) | $0.00 | ($2.81) | $205.44 | 108993 | | | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | $0.00 | $205.44 | 109055 | | 5/5/05 | |
| Pay-To | 5/20/2005 | ($0.74) | $0.00 | $0.00 | $204.70 | 109602 | | DST/POSTAGE | |
| Pay-To | 5/23/2005 | ($45.00) | $0.00 | $0.00 | $159.70 | 109924 | | DOVER POST NEW P | |
| Supplies-MailP | 5/24/2005 | ($2.81) | $0.00 | $0.00 | $156.89 | 110843 | | 5/5/05 | |
| Pay-To | 5/27/2005 | ($0.60) | $0.00 | $0.00 | $156.29 | 112693 | | DST/POSTAGE | |
| Pay-To | 5/27/2005 | ($1.20) | $0.00 | $0.00 | $155.09 | 112728 | | DST/POSTAGE | |

Ending Mth Balance: $155.09

# Individual Statement

Date Printed: 11/16/2005

### For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $14.89 | |
|---|---|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | | | | |
| Current Location: | 23 | | Comments: QOLPC | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/5/2005 | ($9.15) | $0.00 | $0.00 | $5.74 | 166137 | | | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.06) | $5.74 | 167671 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.06) | $5.74 | 167672 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.52) | $5.74 | 167742 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.00) | $5.74 | 167772 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.00) | $5.74 | 167773 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $5.14 | 168153 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $4.54 | 168298 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.52) | $0.00 | $0.00 | $3.02 | 168303 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $2.19 | 168312 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $1.59 | 168357 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.74) | $0.00 | $0.00 | $0.85 | 168369 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $0.02 | 168535 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.02) | $0.00 | ($1.50) | $0.00 | 168679 | | DST/POSTAGE | |
| Medical | 10/21/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 174442 | | 10/13/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176002 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176003 | | POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of June 2005

Date Printed: 11/16/2005                                                                                                   Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $155.09 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| Current Location: | 23 | | Comments: QOLPC | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($13.73) | $0.00 | $0.00 | $141.36 | 113838 | | | |
| Pay-To | 6/2/2005 | $45.00 | $0.00 | $0.00 | $186.36 | 115472 | | VOIDED CK#5622 | |
| Canteen | 6/7/2005 | ($14.94) | $0.00 | $0.00 | $171.42 | 116791 | | | |
| Canteen | 6/9/2005 | $14.94 | $0.00 | $0.00 | $186.36 | 117920 | | REFUND | |
| Pay-To | 6/9/2005 | ($0.37) | $0.00 | $0.00 | $185.99 | 118430 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | ($185.99) | $0.00 | $0.00 | $0.00 | 119478 | | SCI | |
| Release | 6/13/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 119496 | | | |

Ending Mth Balance: $0.00