To District Court.

Date 18/07/05

From Guango Correa

SBI: 00180807

05-503 (JJF)

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: I Respect your Position and Hospitality!

All those many year, Guango F Correa had been coming jail, I just found out, why Correa been getting Arrested by the State Police! Your own Family will must you up/ Look at the name of the Alias that my cousin, used in court. under A/K/A, Guango Correa, This is why Correa stays in jail so much, in the court, Syupm, in the State computer). This case number Here, is on my Record, 0204015494 This what Violat. my Probation)

Suining for Pain and Suffing                Sussex Violation of Probation Used
$250000.  Delaware Correctional Center     Route @ Box 700
1181 Paddock Road                          Georgetown Del 19947
Smyrna Del 19977                           Pain, and Suffing
Demand                                     @ 250000
                                           Demand

