LIST OF ALIAS NAMES

STATE OF DELAWARE
     VS.
GUANGO F CORREA
DOB: 03/04/1965
SBI: 00180807

CASE NUMBER:
0204015491

05503 (JJF)

DAVID E JONES
JUAN F CORREA
DAVID E JOHNSON
DAVID SMITH
DAVID E JACKSON
GUANGO CORREA
CORREA GUANGO
WALTER J JONES
ROBERT F CORREA
ROBERT WILLIAMS
JUAN CORREA

Sussex 5c?

ALIAS Names

FILED
DEC 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**APPROVED ORDER**    4    June 20, 2005 15:06