IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-503-JJF |
| | ) |
| SOUTH VOP BUILDING CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 1, 2005, this Court entered an order requiring Plaintiff to submit, within 30 days, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed;

WHEREAS, on October 13, 2005, this Court entered an dismissing the complaint for failure to submit the required documents (D.I. 5);

WHEREAS, on December 15, 2005, Plaintiff submitted to the Court the required documents;

THEREFORE, at Wilmington this 22 day of December, 2005, IT IS HEREBY ORDERED that:

1. The clerk of the court shall reopen this action.

2. The clerk of the court shall docket the trust account

statement forms submitted by Plaintiff on December 15, 2005, and proceed to calculate the initial filing fee payment.

_____
United States District Judge