IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-503-JJF |
| | ) |
| SOUTH VOP BUILDING CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 13, 2005, this Court entered an dismissing the complaint for failure to submit the required documents (D.I. 5);

WHEREAS, after Plaintiff submitted the required trust account statements, the Court reopened the case;

WHEREAS, it has come to the Court's attention that while Plaintiff filed an affidavit in support of application to proceed in forma pauperis, to date Plaintiff has not filed an actual request to proceed in forma pauperis;

THEREFORE, at Wilmington this 15 day of February, 2006, IT IS HEREBY ORDERED that Plaintiff shall submit a request to proceed in forma pauperis within 30 days from the date of this order. **Failure to submit the request to proceed in forma pauperis within the 30 day period shall result in the case being**

dismissed without prejudice.

                                                                                   _____
                                                                                   United States District Judge