To Clerk of the District Court:
date 2/23/06
From Guongo Correa
SBI 00180802

05-503 (JJF)

Re: Attention I need more information on this process on the account of the south VOP Building Center in Sussex violation of Probation, Route 6 Box 900 Georgetown Del 19947

I thought that I had all the legal information that you required (as of Proceed in Forma of Pauperis I thought that I sent that to you) Plaintiff filed an affidavit in support of Application to Proceed in Forma Paupais to date Plaintiff has not filed an actual request to Proceed in Forma Pauperis

To your Attention, I sent the Forms Pauperis to this Last six month form) what else do you need

I need the update on the Department of Correctional Correa. vs Department of Correctional Center

will this Forms of Pauperis take care of this also

FILED
MAR - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE