# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:*        ~~Guanjo Corua~~ SBI#: ~~180807~~

*FROM:*    Stacy Shane, Support Services Secretary

*RE:*        **6 Months Account Statement**        05-503 (JJF)

*DATE:*     ~~September 16 2005~~

Attached are copies of your inmate account statement for the months of ~~March 1, 2005~~ to ~~August 31, 2005~~

*The following indicates the average daily balances.*

FILED

MAR -2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| March     |                           |
| April     |                           |
| May       | 139.74                    |
| June      | 116.15                    |
| July      |                           |
| Aug       | 13.46                     |

*Average daily balances/6 months:* _____ 57.10

*Attachments*
*CC:   File*

~~Stacy Shane~~
9/16/05

~~Notary public~~
9/16/05

# Individual Statement

Date Printed: 9/15/2005

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|-----|-----------|-----------|-----|--------|------------------|--|
| 00180807 | Correa | Guango | F | | | $0.00 |

Current Location: 22    Comments: QOLPC

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 3/21/2005 | $0.00 | $0.00 | ($0.32) | $0.00 | 83523 | | DST/POSTAGE | |

Ending Mth Balance:    $0.00

**Individual Statement**

Date Printed: 9/15/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 | |
|-----|-----------|------------|-----|--------|------------------|-----|--------|-----|
| 00180807 | Correa | Guango | F | | | | | |
| Current Location: | 22 | | Comments: QOLPC | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Commitments | 4/12/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 93217 | | | |

Ending Mth Balance: $0.00

**Individual Statement**

Date Printed: 9/15/2005

Page 1 of 1

**For Month of May 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | | | |
| Current Location: | 22 | | Comments: QOLPC | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($6.66) | $0.00 | 103598 | | DST/POSTAGE | |
| Mail | 5/9/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 104570 | 85457492102407 4 | | D CARREA |
| Mail | 5/12/2005 | $295.00 | $0.00 | $0.00 | $305.00 | 106086 | 8230431892 | | D CORREA |
| Canteen | 5/12/2005 | ($3.00) | $0.00 | $0.00 | $302.00 | 106497 | | | |
| Pay-To | 5/12/2005 | ($0.23) | $0.00 | $0.00 | $301.77 | 106692 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.32) | $0.00 | $0.00 | $301.45 | 107078 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($6.66) | $0.00 | $0.00 | $294.79 | 107180 | | DST/POSTAGE | |
| Canteen | 5/17/2005 | $3.00 | $0.00 | $0.00 | $297.79 | 108123 | | REFUND | |
| Canteen | 5/19/2005 | ($92.35) | $0.00 | $0.00 | $205.44 | 108993 | | | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($2.81) | $205.44 | 109055 | | 5/5/05 | |
| Pay-To | 5/20/2005 | ($0.74) | $0.00 | $0.00 | $204.70 | 109602 | | DST/POSTAGE | |
| Pay-To | 5/23/2005 | ($45.00) | $0.00 | $0.00 | $159.70 | 109924 | | DOVER POST NEW P | |
| Supplies-MailP | 5/24/2005 | ($2.81) | $0.00 | $0.00 | $156.89 | 110843 | | 5/5/05 | |
| Pay-To | 5/27/2005 | ($0.60) | $0.00 | $0.00 | $156.29 | 112693 | | DST/POSTAGE | |
| Pay-To | 5/27/2005 | ($1.20) | $0.00 | $0.00 | $155.09 | 112728 | | DST/POSTAGE | |

Ending Mth Balance: $155.09

**Individual Statement**

Date Printed: 9/15/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $155.09 | |
|---|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | | | |
| Current Location: | 22 | | Comments: QOLPC | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($13.73) | $0.00 | $0.00 | $141.36 | 113638 | | | |
| Pay-To | 6/2/2005 | $45.00 | $0.00 | $0.00 | $186.36 | 115472 | | VOIDED CK#5622 | |
| Canteen | 6/7/2005 | ($14.94) | $0.00 | $0.00 | $171.42 | 116791 | | | |
| Canteen | 6/9/2005 | $14.94 | $0.00 | $0.00 | $186.36 | 117920 | | REFUND | |
| Pay-To | 6/9/2005 | ($0.37) | $0.00 | $0.00 | $185.99 | 118430 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | ($185.99) | $0.00 | $0.00 | $0.00 | 119478 | | SCI | |
| Release | 6/13/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 119496 | | | |

| | | | | Ending Mth Balance: | $0.00 | | | | |

**Individual Statement**

Date Printed: 9/15/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | $0.00 | | | |
| Current Location: | 22 | | Comments: QOLPC | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/20/2005 | $0.00 | $0.00 | ($2.81) | $0.00 | 134135 | | 9/6/04 | |

Ending Mth Balance:        $0.00