SouTH Vop Building Center.

Civ No 05-503- JJP.

(Rev. 5/05)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**Instructions for Filing a Complaint by a Prisoner**
**Under the Civil Rights Act, 42 U.S.C. § 1983**

To start an action you must file an original and one copy of your complaint for the Court's use, and an additional copy for each defendant that you name. If you name a defendant who is employed by the State of Delaware, you must provide an additional copy of the complaint for service on the Attorney General. For example, if you name two defendants, you must file an original signed complaint, along with four identical copies. You should also keep an additional copy of the complaint for your own records. If you later request copies of documents previously filed in your case, you will be required to prepay the Clerk of Court for such copies.

The original signed complaint must be legibly handwritten or typewritten. Copies of the complaint may be provided in the form of photocopies of the original, or may also be exact hand or typewritten copies. You, as plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may attach supplemental pages to the complaint. **All copies of the complaint must be identical to the original and include all supplemental pages.** Note that you are required to give facts. The complaint **SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

Your complaint can be brought in this Court only if one of the named defendants is located within this district. Furthermore, you must file a separate complaint for each claim that you have unless all of your claims are related to the same incident or issue.

In order for your complaint to be filed by the Clerk's Office, it must be accompanied by the filing fee of $250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants. If you are unable to prepay the filing fee and service costs for this action, you may petition the court to proceed *In Forma Pauperis*, by submitting an Application to Proceed Without Prepayment of Fees (AO Form 240).

**When/if the Court orders service** of your complaint by the U.S. Marshal, you will **then** be required to provide a completed **U.S. Marshal 285 form** for each person you have named as a defendant, and for the Attorney General if you have named State of Delaware defendants. If you fail to supply a U.S. Marshal 285 form for a defendant, that defendant cannot be served with process and may be dismissed from the case.

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. Certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; and (4) only the last four digits of any financial account should be included. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system. If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Mail the original and required number of copies of your complaint to the Clerk of Court at the following address:

> **Clerk**
> **U.S. District Court**
> **Lockbox 18**
> **844 N. King Street**
> **Wilmington, DE 19801**

Pain Suffing   emotions   Lost Home   Lost Job

Lost Trastpartant.

$250000.0000

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Guango Fitzgeald Correa_
(Name of Plaintiff)     (Inmate Number)

_1181 paddock Road_ _Delaware Correctional Center_
_Smyrna, Del 19977_
(Complete Address with zip code)

(2) _South Vop Building Center And_
(Name of Plaintiff)     (Inmate Number)

_Lieutenant Michael Costello_

_Sussex Violation of Probation Unit_
(Complete Address with zip code)
_Route 6 Box 700 Georgetown, Del 19947_

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Guango Fingeald Correa_

(2) _Michael Costello_

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: (Case Number)
: ( to be assigned by U.S. District Court)
:
: **CIVIL COMPLAINT**
:
: Jury Trial Requested

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_The Court keep dismiss this proper paper work at one time I thought that I have everything in process but I know this court dont want to here anything about PREjudice_
_① That is a Constitutes Right ② Civil Right_

_Im going to have to go out of the state of Delaware to file a civil law suit against this state of Delaway. The Court know that the South VOP Building is ___ this state of ___ ___ ___ ____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • Yes  • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  • • No

C. If your answer to "B" is Yes:

1. What steps did you take? _Nothing Happy The court dont wrant to Perais it_

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _N/A_

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _MICHAEL COSTELLO_

Employed as _Sussex Violation of Probation_ at _Route 6 Box 700_

Mailing address with zip code: _Georgetown Del 19947_

(2) Name of second defendant: _N/A_

Employed as ___ at ___

Mailing address with zip code: _N/A_

(3) Name of third defendant: _N/A_

Employed as ___ at ___

Mailing address with zip code: _N/A_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Back in April 22, 2002. Lieutenant Michael Costello Abese my Freedom at the South VOP Building in Georgetown Route 6 Box 700 19947. I was Hurt. Serious Hurt by on my Right Leg need Sruger done. Ones that I Release

2. I still got to get Sruger done on my Right Leg

3. And The VOP Building is Sussex County has Vilated my Civil Right and my Constitutionary Right USC Act, 42 USC 1983

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want this Court to make the South VOP Building in Seissex County Delaure to pay for Pain, and Suffing and Lost of Job, And Homs my Fiancial.

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_*[signature]*_____
(Signature of Plaintiff 1)

_*[signature]*_____
(Signature of Plaintiff 2)

_*[signature]*_____
(Signature of Plaintiff 3)

4