AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Gwonyo F Conner
_____
Plaintiff    1181 Paddock Road
V.                        Smyrna
Delaware Correctional Center   DE 19977
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: Civ No. 05-503 JJF

I, Gwony Fitzgerald Conner _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   (• Yes)   • • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration Delaware Correctional Center, 1181 Paddock Road Smyrna De., 19977

    **Inmate Identification Number (Required):** 00180807 SB

    Are you employed at the institution? N/A  Do you receive any payment from the institution? N/A

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?   • • Yes   (• No)

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | ✓ No |
    | b. | Rent payments, interest or dividends | • • Yes | ✓ No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | ✓ No |
    | d. | Disability or workers compensation payments | • • Yes | ✓ No |
    | e. | Gifts or inheritances | • • Yes | ✓ No |
    | f. | Any other sources | • • Yes | ✓ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG

Scanner