IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO F. CORREA,                )
                                 )
            Plaintiff,           )
                                 )
      v.                         ) Civ. No. 05-503-JJF
                                 )
SOUTH VOP BUILDING CENTER,       )
et al.,                          )
                                 )
            Defendants.          )

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, filed a request to proceed in forma pauperis, and on March 8, 2006, 2006, was granted leave to proceed in forma pauperis (D.I. 1, 14);

WHEREAS, on March 21, 2006, Plaintiff filed a second request for leave to proceed in forma pauperis (D.I. 16);

THEREFORE, at Wilmington this 12 day of April, 2006, IT IS HEREBY ORDERED that the second application for leave to proceed in forma pauperis (D.I. 16) is **DENIED** as **moot**.

                              _____
                              UNITED STATES DISTRICT JUDGE