IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA, | ) |
|        Plaintiff, | ) |
| v. | ) Civ. No. 05-503-JJF |
| SOUTH VOP BUILDING CENTER, et al., | ) |
|        Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff Guango F. Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed <u>in forma pauperis</u>, and on March 8, 2006, entered an order assessing an initial partial filing fee and requiring Plaintiff to complete and return an authorization form (D.I. 14);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this 26 day of April, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE